**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esturado Contreras,<br>A#215-643-220<br>　　　　　Petitioner,<br><br>　　vs.<br><br>Warden, et. al.,<br>　　　　　Respondents. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | Case No.  1:26-cv-02798-MWJS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

The Court has reviewed Petitioner Estuardo Godoy Contreras's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus, the concurrently lodged First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief, and the record in this matter.

Good cause appearing, IT IS HEREBY ORDERED that:

- 1 -

1. Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus is GRANTED;

2. The Clerk of Court is directed to file the lodged First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief on the docket;

3. The First Amended Petition shall be the operative petition in this matter;

4. Respondent shall respond to the First Amended Petition according to any schedule separately set by the Court; and

5. The Court's April 14, 2026 no-transfer order remains in effect pending further order of the Court.

IT IS SO ORDERED.


DATED:  April 27, 2026



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge